CO-386
Rev. 10/03

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 2 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED BANK, )
)
)
    Plaintiff )
)
    v. )      CASE NUMBER   1:06CV00753
VICTOR M. PINZON )
and )      JUDGE: Paul L. Friedman
        Defendant )
AMERICA'S GLOBAL )      DECK TYPE: Contract
    FOUNDATION, INC. )
)      DATE STAMP: 04/25/2006

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for ___United Bank___,

certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries

or affiliates of ___United Bank___, which have any outstanding securities in

the hands of the public. ___United Bankshares, Inc.___

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

156760
Bar Identification Number

Julian Karpoff
Print Name

Address   Karpoff & Title
P.O. Box 990
Arlington, Va. 22216

City          State          Zip

703-841-9600
Telephone Number