UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED BANK, a Virginia corporation

    Plaintiff

Vs.

VICTOR M. PINZON
and

AMERICA'S GLOBAL FOUNDATION, INC.,
a Florida corporation

    Defendants

**CIVIL CASE**

**CASE NUMBER: 1:06CV-753PLF**

## DEFENDANTS' MOTION FOR EXTENSION
## OF TIME TO FILE ANSWER TO COMPLAINT

Comes now the Defendants, Americas Global Foundation (Foundation) and Victor Pinzon (Pinzon), *pro se* and without waiving any of their rights provided by and protected by the Constitution of the United States of America and all applicable laws, and rules move to extend the time for filing the Answer to the Complaint herein to and including June 15, 2006 based upon the following circumstances:

1. Upon information and belief, the Defendants' Answer is currently due on May 18, 2006.

2. Both Defendants, Pinzon and Foundation, are financially destitute unable to pay for counsel to represent their interests

3. Defendant Pinzon, as the Founder and sole officer of the Foundation pleads to this Court to allow him to proceed *pro se* representing the Foundation because of item 2. above.

4. Defendants, Pinzon and Foundation, are attempting to retain counsel to represent their interests but as of this date have not been able to do so.

RECEIVED
MAY 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WHEREFORE, premises considered, Defendants, Pinzon and Foundation, respectfully request that the time within which to file their Answer to the Complaint herein be extended to and including June 15, 2006, and that this Court grant such other and further relief as shall be appropriate.

Victor Pinzon
*Pro se* for Defendants Foundation and Pinzon
930 M Street NW, No. 609
Washington, DC 20001

Phone: 202 371 9696
May 16, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of time to file Answer to Complaint, was sent via first class postage prepaid today May 16, 2006 to Julian Karpoff, attorney for the plaintiff at P.O. Box 990, Arlington, Virginia 22216.