UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
UNITED BANK,                     )
                                   )
        Plaintiff,             )
                                   )
        v.                           )   Civil Action No. 06-0753   (PLF)
                                   )
VICTOR M. PINZON, et al.,      )
                                   )
        Defendants.       )
_____)

## ORDER

The complaint in this matter was filed on April 25, 2006. On May 16, defendant Victor M. Pinzon, proceeding *pro se*, filed a motion for extension of time to respond to the complaint on his own behalf and on behalf of his co-defendant, America's Global Foundation, Inc. ("AGF"), a Florida corporation. Pinzon's motion reports that both he and AGF are unable to afford counsel, and asks that the Court allow Pinzon (who does not appear to be a lawyer) to represent himself *pro se*, and also to represent AGF.

Like any other natural person, Pinzon is entitled to represent himself in federal court. See 28 U.S.C. § 1654 ("In all courts of the United States the parties may plead and conduct their own cases personally or by counsel as, by the rules of such courts, respectively, are permitted to manage and conduct causes therein."). A lay person, however, may not represent another party. See Georgiades v. Martin-Trigona, 729 F.2d 831, 834 (D.C. Cir. 1984); Rockefeller v. Westinghouse Elec. Co., 274 F. Supp. 2d 10, 16 (D.D.C. 2003). A corporation may only be represented in federal court by a licensed attorney. See Rowland v. California

Men's Colony, 506 U.S. 194, 201-02 (1992) (citing 28 U.S.C. § 1654) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel.").[1]  Pinzon therefore may not represent AGF in this Court and may not make filings on its behalf.

Notwithstanding the fact that Pinzon was not entitled to seek an extension of time for AGF to respond to the complaint, the Court will *sua sponte* afford AGF additional time because it finds good cause to do so, in light of AGF's difficulty retaining counsel.  See FED.R.CIV.P. 6(b).  Accordingly, it is hereby

ORDERED that [3] defendant Victor M. Pinzon's motion for extension of time to file an answer to the complaint is GRANTED.  Pinzon shall file a response on or before June 15, 2006; and it is

FURTHER ORDERED that defendant America's Global Foundation, Inc. shall file its response to the complaint on or before June 15, 2006.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: May 19, 2006

---

[1]  A corporation also is not a "person" eligible for court-appointed counsel under 28 U.S.C. § 1915 and the Rules of this Court.  See Rowland v. California Men's Colony, 506 U.S. at 196; LCvR 83.11(a)(3).