Case 1:060-cv-00753-PLF    Defendants' Motion    Filed 06/05/2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUN - 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED BANK, a Virginia corporation )
)
Plaintiff, )
)   Civil Action No. 06-0753 (PLF)
V. )
)
VICTOR M. PINZON, et al., )
)
Defendants )

**DEFENDANTS' MOTION REQUESTING COURT TO APPOINT COUNSEL**

Comes now the Defendants, Americas Global Foundation (Foundation) and Victor Pinzon (Pinzon), *pro se* and without waiving any of their rights provided by and protected by the Constitution of the United States of America and all applicable laws, and rules move this Court to appoint legal counsel based upon the following circumstances:

1. Defendants have been trying but are financially unable to hire an attorney to properly represent their rights in this case.

2. Defendant *Americas Global Foundation* (Foundation) is a nonprofit philanthropic organization whose mission is to empower the poor, disadvantaged, Hispanics and other minorities in the District of Columbia, around our nation, Latin American and other countries.

3. Defendant Pinzon founded the Foundation in 1991 and has been since then its sole permanent officer and staff, working 16 to 18 hours a day, 7 days a week, year after year performing the Foundation's philanthropic work and many programs without being able to receive his salary because of the Foundation's lack of sufficient operational funds; but instead lending his professional time to the Foundation and all of his personal

1

savings and the few other funds he receives from time since its inception in 1991 in Florida and since 1995 that Defendant Pinzon moved the Foundation's operations to Washington, DC.

3. The income that Defendant Pinzon has been receiving the last two years is primarily his social security in the current amount of $773.00 per month and a few dollars he receives from limited professional work he performs from time to time, as Defendant Pinzon has been and continues to dedicate his professional time to the mission and work of the Defendant Foundation; Defendant Pinzon provides his monthly income to pay part of the rent of the office, which serves as his humbly and frugal living quarters, and other expenses of the Foundation

4. The Foundation's financial resources have been and continue to be meager to non-existent though Defendant Pinzon continues, without giving up, to seek and secure the Foundation's needed funds through his intensive work, studies, research, building up on the numerous accomplishments to date, relationships and significant programs he has designed and developed ready for implementation to continue empowering the poor, the disadvantaged, Hispanics and other minorities in the District of Columbia, around our nation, Latin American and other countries. Please visit www.theamericas.org to see and try to understand some of the work and efforts the Defendants have been performing and passionately seek to be allowed to continue their philanthropic mission to truly implement their unique comprehensive and multiphase programs to empower the disadvantaged people where everybody benefits thereby creating a win-win-win environment.

5. Neither Defendant own assets, no real estate, vehicles or financial instruments other than their valuable goodwill, image and name

2

WHEREFORE, premises considered, Defendants, Pinzon and Foundation, respectfully request this Court to appoint legal counsel and grant such other relief as shall be appropriate.

*[signature]*

Victor Pinzon
*Pro se for* Defendants Foundation and Pinzon
930 M Street NW, No. 609
Washington, DC 20001

Phone: 202 371 9696
June 5, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion requesting the Court to appoint legal counsel, was sent via first class postage prepaid today June 5, 2006 to Julian Karpoff, attorney for the plaintiff at P.O. Box 990, Arlington, Virginia 22216.

*[signature]*

3