UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED BANK,  a Virginia corporation, | : | |
| Plaintiff | : | |
| Vs. | : | Civil No. 1:06CV00753 |
| | | Judge Friedman |
| VICTOR M. PINZON | : | : |
| and | : | |
| AMERICA'S GLOBAL FOUNDATION, INC., a Florida corporation, | : | |
| Defendants | : | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION REQUESTING
COURT TO APPOINT COUNSEL**

The Plaintiff takes no position on the Motion other than to note that the Defendants have not substantiated their claimed impecuniosity, nor have they accounted for the $5,000.00 transferred by Defendant Pinzon on December 5, 2005 from Defendant Global's account no. 006964-1082 at the Plaintiff bank to himself from the proceeds of the subject $78,650.09 counterfeit check, which was the only deposit ever made into said account.

/s/Julian Karpoff
Julian Karpoff
Attorney for Plaintiff
Karpoff & Title
P.O. Box 990
Arlington, Virginia  22216
703-841-9600  Bar #156760

744:34