UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED BANK, a Virginia corporation )<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>VICTOR M. PINZON, et al., )<br>)<br>Defendants )<br>) | Civil Action No. 06-0753 (PLF) |

## DEFENDANTS' MOTION FOR EXTENSION
## OF ADDITIONAL TIME TO FILE ANSWER TO COMPLAINT

Comes now the Defendants, Americas Global Foundation (Foundation) and Victor Pinzon (Pinzon), *pro se* and without waiving any of their rights provided by and protected by the Constitution of the United States of America and all applicable laws, and rules move this Court for extension of additional time to file the Answer to the Complaint herein to and including July 15, 2006 based upon the following circumstances:

1. Upon information and belief, the Defendants' Answer is currently due on June 15, 2006.

2. Both Defendants, Pinzon and Foundation, are financially destitute unable to pay for counsel to represent their interests in this complaint

3. Defendant Pinzon, *pro se,* on June 5, 2006 filed the Defendants' Motion Requesting Court to Appoint Counsel for Defendants, Pinzon and the Foundation, because of item 2 above.

RECEIVED

JUN 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

Case 1:060-cv-00753-PLF          Defendants' Motion          Filed 06/14/2006

4. As of this date, June 14, 2006, Defendants have not received a reply from this Court on their Motion Requesting this Court to Appoint Counsel for both Defendants to Answer and represent their rights in this Complaint.

WHEREFORE, premises considered, Defendants, Pinzon and Foundation, respectfully request that the time within which to file their Answer to the Complaint herein be extended to and including July 15, 2006, and that this Court grant such other and further relief as shall be appropriate.

Victor Pinzon<br>
Pro se for Defendants Foundation and Pinzon<br>
930 M Street NW, No. 609<br>
Washington, DC 20001<br>
<br>
Phone: 202 371 9696<br>
June14, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of time to file Answer to Complaint, was sent via first class postage prepaid today June 14, 2006 to Julian Karpoff, attorney for the plaintiff at P.O. Box 990, Arlington, Virginia 22216.

2