UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED BANK, a Virginia corporation )<br><br>Plaintiff, )<br>)<br>V. )<br>)<br>VICTOR M. PINZON, <u>et al</u>., )<br>)<br>Defendants ) | Civil Action No. 06-0753 (PLF) |

## DEFENDANT'S MOTION TO PROCEED
## IN *FORMA PAUPERIS*

Per this Court's Order of June 29, 2006 I, Victor Pinzon, declare that I am the Defendant proceeding *prose* in the above-entitled civil action; that in support of my request to proceed in *forma pauperis* under 28 USC § 1915(e)(1) for this Court to appoint counsel I declare that I am financially unable to retain counsel, that I have tried to secure counsel by numerous other means unsuccessfully and that I am entitled to the relief sought in this motion.

**I declare under penalty of perjury that the following information is true and correct**

The Defendant states the following to assist this Court's decision to appoint counsel for the Defendant:

1. The nature and complexity of the action

The nature and complexity of this action involves complex laws, regulations, contracts, and procedures dealing with financial institutions, banking laws, wire transfers, betting checks, clearing funds, provisional funds and funds available responsibilities, overdrafts, corporate veil, misrepresentations, cleans hands doctrine, bad faith, constructive fraud, fraud in the inducement, innocent victims and other issues for which Defendant is not a

RECEIVED
JUL 14 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

lawyer, is not aware nor trained, does not have the knowledge, expertise and resources of counsel to defend his rights and interests in this action

2. The potential merit of the *prose* party's claims

This case has the potential of being a more wide spread problem which I do not understand nor comprehend and as a *prose* Defendant, not a lawyer, do not have access to the knowledge, experience and resources to know and understand how the complex banking laws and the system operate; and paragraph 1. above.

3. The demonstrated inability of the *prose* party to retain counsel

Defendant *prose* researched and called more than 30 different potential sources to seek and retain counsel, including community and universities legal services, law firms and individual practicing lawyers without success. Most of them said that they did not have experience in this type of case and could not help. The few law firms that indicated they may consider offering counsel charge prohibited huge fees for the Defendant to pay Defendant's regular income is basically his Social Security $773 per month. Defendant is a senior citizen over 66 years old, living alone, with no assets except his savings/ bank account has about $160, his personal belongings and his professional reputation and good name and his passionate philanthropist spirit, totally dedicated to help empower the disadvantaged and help make a better world for us all through Americas Global Foundation he founded in 1991.

Furthermore, the manner the Plaintiff, United Bank, has erroneously handled this unfortunate situation has seriously impaired Defendant Pinzon's ability to perform his intensive and varied normal work and activities related to the Foundation and other commitments; seriously affected his mental, emotional, physical health, social-work

2

related and financial ability to raise funds impairing his valuable good-name, reputation built painstakingly during the last 50 years.

4. The degree to which the interest of justice will be served by appointment of counsel, including the benefit the Court may derive from assistance of appointed counsel. See LCvR 83.11(b)(3)

As stated above this case involves serious and complex issues which Defendant *prose* is not capable to handle. Defendant believes that he is an innocent victim in this action. In retrospect Defendant believes that in this type of situation he is not the only innocent victim but probably there are many more innocent victims including maybe the Plaintiff, United Bank, and our system which needs to be properly addressed under the circumstances with a Court appointed counsel; and as stated in paragraph 1. above.

WHEREFORE, premises considered, Defendant Pinzon, respectfully requests this Court to appoint legal counsel and grant such other relief as shall be appropriate.

**I declare under penalty of perjury that the above information is true and correct.**

/s/ Victor Pinzon
*Pro se* for Defendants Foundation and Pinzon
930 M Street NW, No. 609
Washington, DC 20001
Phone: 202 371 9696

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion requesting the Court to appoint legal counsel, was sent via first class postage prepaid today July 14, 2006 to Julian Karpoff, attorney for the plaintiff at P.O. Box 990, Arlington, Virginia 22216

3