UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED BANK, a Virginia corporation ) <br> ) <br> Plaintiff, ) <br> ) <br> V. ) <br> ) <br> VICTOR M. PINZON, et al., ) <br> ) <br> Defendants ) <br> ) | Civil Action No. 06-0753 (PLF) |

## DEFENDANT'S DECLARATION TO PROCEED
## WITHOUT PREPAYMENT OF FEES

Per this Court's Order of June 29, 2006 I, Victor Pinzon, declare that I am the Defendant proceeding *prose* in the above-entitled civil action; that in support of my request to proceed without prepayment of fee or costs under 28 USC § 1915 for this Court consideration to appoint counsel I declare that I am unable to pay the costs of these proceedings; being financially unable to retain counsel and that I am entitled to the relief sought in this declaration.

**In support of this declaration, I answer the following questions under penalty of perjury:**

1. Are you currently incarcerated?   **NO**

2. Are you currently employed? **Yes**
Name of my employer:     Americas Global Foundation
Address of my employer:   930 M Street NW, # 609, Washington, DC 20001

My employer is Americas Global Foundation –a nonprofit philanthropic organization helping Hispanic and other disadvantaged communities- has not been able and is no financially capable to pay me the salary and benefits as the active, passionate, working long hours, and committed President/ Founder. Rather, in the past when able I lend funds to the Foundation for its operational and programs responsibilities, such as rent, telephone, etc. even from my Social Security monthly payment of $773. Note that the offices and work of the Foundation operate from my small apartment which most of the space is crowded with Foundation work related. I live for the Foundation.

When the Foundation is able to pay me, my salary is $5,500 per month but it has not been able to do so.

**RECEIVED**

JUL 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

3. In the past 12 months have you received any money from any of the following sources?

| | | |
|---|---|---|
| a. Business, profession or self-employment | _X_ Yes | __ No |
| b. Rent payments, interest or dividends | __ Yes | _X_ No |
| c. Pensions, annuities or life insurance payments | __ Yes | _X_ No |
| d. Disabilities or workers compensation payments | __ Yes | _X_ No |
| e. Gifts or inheritances | __ Yes | _X_ No |
| f. Any other sources | __ Yes | _X_ No |

If the answer to any of the above is "Yes", describe each source of money and state the amount received from each

a. From business, profession or self-employment in the past 12 months I received about $800 and expect to receive a similar amount the next 12 months

4. Do you have any cash or checking or savings accounts?   _X_ Yes    __ No
The total amount is about $160

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles, or any other thing of value?   __ Yes    _X_ No
   Other than my personal property: clothes, old household items, accessories, books and related items

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
**None**

**I declare under penalty of perjury that the above information is true and correct.**


Date   July 14, 2006

_____
Signature
Victor Pinzon
930 M Street NW, Apartment 609
Washington, DC 20001
202 371 9696

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion requesting the Court to appoint legal counsel, was sent via first class postage prepaid today July 14, 2006 to Julian Karpoff, attorney for the plaintiff at P.O. Box 990, Arlington, Virginia 22216

2