Case 1:060-cv-00753-PLF     Friend of the Court's Motion for Extension of Time to File Answer to Complaint     Filed 07/14/2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED BANK, a Virginia corporation )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VICTOR M. PINZON, et al., )<br>)<br>Defendants )<br>) | Civil Action No. 06-0753 (PLF) |

## FRIEND OF THE COURT'S MOTION TO HOLD TIME
## TO FILE ANSWER TO COMPLAINT

Comes now a friend of the Court, who is the other Defendant, Victor Pinzon (Pinzon), *pro se* in this case and on behalf of Defendant Americas Global Foundation (Foundation), requests this Court to hold the time for the Foundation to file the Answer to the Complaint herein based upon the following circumstances:

1. Upon information and belief, the Defendant Foundation's Answer due date is not clear at this moment as this Court's Order of June 29, 2006 does not state the due date for Defendant Foundation's Answer to Complaint; however, said Order states the due date specifically for the Defendant Pinzon's Answer to Complaint.

2. Defendant Foundation continues financially unable to retain counsel and this Court denied Defendant Pinzon's Motion to represent the Foundation on its Order dated June 29, 2006.

3. Under the circumstances the inability of the Defendant Foundation to retain counsel to answer the complaint should not cause a default judgment specially when the other Defendant Pinzon in this case will be answering the complaint defending all allegations raised by the Plaintiff; wherein Defendant will show that the Plaintiff filed a frivolous suit

RECEIVED
JUL 14 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

Case 1:060-cv-00753-PLF    Friend of the Court's Motion for Extension of Time to File Answer to Complaint    Filed 07/14/2006

in an action that evidences misrepresentations, cleans hands doctrine, bad faith, constructive fraud, and other issues, which most probably will exonerate the Defendant Foundation.

4. The manner the Plaintiff, United Bank, has erroneously handled this unfortunate situation has seriously impaired Defendant Foundation's ability to implement its normal activities, organize events, generate resources; forced it to place on hold several major projects, programs, events, such as: *Capitol Hill Speaker Series, Training the Disadvantaged, Leadership Development, America500 Years Birthday Commemoration, Hemispheric Forum TV program, Americas Excellence Awards* and with this its ability to raise funds, further impairing its valuable goodwill, reputation and brand name built over more than 15 years of intensive, sacrificing work to help others.

5. Under the circumstances by holding the time for Defendant Foundation to answer complaint the Plaintiff will not be negatively affected as whatever the outcome of the this case will automatically impact the Defendant Foundation.

WHEREFORE, premises considered, the friend of the court, Pinzon, who is also the other Defendant in this case requests this Court to hold the time for the Foundation to file the Answer to the Complaint and grant other relief as shall be appropriate.

Victor Pinzon
Friend of the Court
930 M Street NW, No. 609
Washington, DC 20001
Phone: 202 371 9696

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of time to file Answer to Complaint was sent via first class postage prepaid today July 13, 2006 to Julian Karpoff, attorney for the plaintiff at P.O. Box 990, Arlington, Virginia 22216.

2