UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED BANK, a Virginia corporation ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-0753 (PLF) |
| V. ) | |
| ) | |
| VICTOR M. PINZON, et al., ) | |
| ) | |
| Defendants ) | |

## DEFENDANT'S MOTION FOR EXTENSION
## OF TIME TO FILE ANSWER TO COMPLAINT

Comes now the Defendant, Victor Pinzon (Pinzon), *pro se* and without waiving any of his rights provided by and protected by the Constitution of the United States of America and all applicable laws, move this Court to extend the time for filing the Answer to the Complaint herein to and including August 15, 2006 based upon the following circumstances:

1. Upon information and belief, the Defendant's Answer is currently due on July 15, 2006.

2. Defendant is waiting upon this Court to decide to appoint counsel for the Defendant according to the circumstances and the Court's Order dated June 29, 2006 based upon the Defendant's Declarations and Motions, demonstrating he is financially unable to retain counsel and unable to retain counsel by other means, which the Court ordered Defendant to file; Defendant filed said documents July 14, 2006.

3. As of this date, July 14, 2006, Defendant obviously has not received a reply from this Court on its Motion Requesting Court to Appoint Counsel for the Defendant.

RECEIVED

JUL 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

4. Defendant Pinzon pleads this Court to appoint counsel for his defense because of: 1) the complexities of this case: laws, regulations, contracts, and procedures dealing with financial institutions, banking laws, wire transfers, betting checks, clearing funds, provisional funds and funds available responsibilities, overdrafts, corporate veil, fraud in the inducement, innocent victims and other issues for which Defendant is not a lawyer, is not aware nor trained, does not have the knowledge, expertise and resources of counsel to defend his rights and interests in this action; and 2) this case may assist other similar innocent victims as it is tried in Court openly, fairly, and justly with proper counsel.

5. Defendant Pinzon further offers as support for this motion the statements he made in his four other pleadings, Declarations and Motion/ Declaration, he filed on this same date July 14, 2006 in this civil action.

WHEREFORE, premises considered, Defendant, Pinzon, respectfully requests that the time within which to file his Answer to the Complaint herein be extended to and including August 15, 2006, and that this Court grant such other and further relief as shall be appropriate.

Victor Pinzon
*Pro se* for Defendants Foundation and Pinzon
930 M Street NW, No. 609
Washington, DC 20001
Phone: 202 371 9696

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of time to file Answer to Complaint was sent via first class postage prepaid today July 14, 2006 to Julian Karpoff, attorney for the plaintiff at P.O. Box 990, Arlington, Virginia 22216.

2