Case 1:060-cv-00753-PLF  Defendant's Declaration Unsuccessful Efforts to Obtain Counsel by Other Means   Filed 07/14/2006

**RECEIVED**
**JUL 1 4 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED BANK, a Virginia corporation | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. 06-0753 (PLF) |
| V. | ) |
| VICTOR M. PINZON, et al., | ) |
| Defendants | ) |

# DEFENDANT'S DECLARATION STATING UNSUCCESSFUL EFFORTS TO OBTAIN COUNSEL BY OTHER MEANS

Per this Court's Order of June 29, 2006 I, Victor Pinzon, declare that I am the Defendant *prose* in the above-entitled proceeding; that in support of my request to this Court under 28 USC § 1915(e)(1) to appoint counsel I declare that I am financially unable to retain counsel, that I have been trying to secure counsel by other means without success and that I am entitled to the relief sought in this declaration;

**Accordingly, in this declaration, I state the following under penalty of perjury:**

I, Defendant *prose,* have researched and contacted more than 30 different potential sources to seek and retain counsel, including community and universities legal services, law firms and individual practicing lawyers without success; Most of them said that they do not have experience in this type of case and could not help (see list attached). The few law firms that indicated they may consider offering counsel charge prohibited huge fees for Defendant to pay.

2. Defendant's regular income is basically his Social Security $773 per month. Defendant is a senior citizen over 66 years old, living alone, with no assets except his savings/ bank account has about $160, his personal belongings and his professional

1

Case 1:060-cv-00753-PLF   Defendant's Declaration Unsuccessful Efforts to Obtain Counsel by Other Means   Filed 07/14/2006

reputation and good name and his passionate philanthropist spirit, totally dedicated to help empower the disadvantaged and help make a better world for us all through Americas Global Foundation he founded in 1991.

Furthermore, the manner the Plaintiff, United Bank, has erroneously handled this unfortunate situation has seriously impaired Defendant Pinzon's ability to perform his intensive and varied normal work and activities related to the Foundation and other commitments; seriously affected his mental, emotional, physical health, social-work related and financial ability to raise funds impairing his valuable good-name, reputation built painstakingly during the last 50 years.

WHEREFORE, I Defendant Pinzon, respectfully requests this Court to appoint counsel and grant such other relief as shall be appropriate.

**I declare under penalty of perjury that the above information is true and correct.**

Date   July 14, 2006

_____
Signature
Victor Pinzon
930 M Street NW, Apartment 609
Washington, DC 20001
202 371 9696

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion requesting the Court to appoint legal counsel, was sent via first class postage prepaid today July 14, 2006 to Julian Karpoff, attorney for the plaintiff at P.O. Box 990, Arlington, Virginia 22216

2

**List of Some Legal Services I called**
**Victor Pinzon**

CALL THE NUMBERS THAT ARE CHECKED

Call for Action
Seven on Your Side
DC Energy Office                         202 304-7777
HCP-dental, medical issues    202 673-6750 Utilities, Home repair
                                         202 739-0658

CPO
Christmas in April                       202 ███ ████
                                         202 362-1611        202 393-███1
                                         ███ 362-████        ███ 284-████
                                         ███ 244-████
Housing Counseling Services   202 667-7006
Tax Help                              1 888 227-7659

**LEGAL SERVICES**
████ LA
CLS                                      202 587-4848 ✓
NLSP                                     202 347-4747 (appears also)
                                         202 682-2700 ✓
ColumbUs                                 202 319-6765 ✓
GW                                       ███ ███-████
                                         ███ 591-████ ✓
DC Law School                            202 274-7400 ✓
Legal Aid                                202 628-1170 ✓
LSN                                      ███ ███-████ ✓
DC Bar                                   202 737-4700 ext ███ ✓
Clinic Washington, School of Law  202 274-4140 ✓
Archdiocesan Legal Network       202 526-4263 ✓
████████                                 ███ ███-████
Howard University                        202 806-8085 ✓
Maryland Legal ██████                    800 ███-████ ✓
PG Legal Aid                             301 927-6800 ✓
PG Office on Aging                       301 699-2696 ✓
Montgomery County Office on Aging  301 468-4443 ✓

**FOR FINANCIAL HELP, CALL**
Family and Child Services              202 ███-1513
Father McKenna Center                  202 ███-███3
Housing Counseling Services            202 667-████
Catholic Charities                     ███ ███-████ ✓
███                                    ███ ███-████
Lutheran Social Services               ███ ███-████ ✓
████████ ███████                       ███ ███-████
Salvation Army                         ███ ███-████
████                                   ███ ███-████