

| | | | |
|---|---|---|---|
| Account | 0000000038849376 | Routing | 031100209 |
| Amount | 75.06 | OF6 | 0 |
| Post Date | 20050906 | Check | 0179016274 |
| Sequence | 007089120 | Tran | 000999 |

