UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED BANK, a Virginia corporation, : | |
| Plaintiff : | |
| Vs. : | Civil No. 1:06CV00753 |
| | Judge Friedman |
| VICTOR M. PINZON : | |
| and : | |
| AMERICA'S GLOBAL FOUNDATION, INC., : | |
| a Florida corporation, | |
| : | |
| Defendants | |

## **ORDER**

The Defendant's Document 9 Motion to Proceed *In Forma Pauperis* and the "Friend of the Court's Motion to Hold Time to File Answer to Complaint" are denied.

_____
PAUL L. FRIEDMAN
United States District Judge

762:29