UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED BANK, )<br> )<br> Plaintiff, )<br> )<br> v. )<br> )<br>VICTOR M. PINZON, et al., )<br> )<br> Defendants. ) | Civil Action No. 06-0753   (PLF) |

ORDER

This matter is before the Court on defendant Victor M. Pinzon's Motion to Proceed *in forma pauperis* and to Appoint Counsel.

Upon consideration of the factors for appointing counsel set forth in Local Civil Rule 83.11, the Court finds an appointment for the pro se defendant to be warranted. Accordingly, it is

ORDERED that Mr. Pinzon's [9] Motion to Proceed *in forma pauperis* and to Appoint Counsel is GRANTED;  it is

FURTHER ORDERED that the Clerk shall appoint counsel from the Court's Civil Pro Bono Panel to represent the individual defendant, Victor Pinzon.  The proceedings are stayed until the appointment process is completed; it is

FURTHER ORDERED that [11] Defendant's Motion for Extension of Time to File Answer to Complaint is GRANTED.  Defendant Pinzon shall file his response to the Complaint within twenty (20) days of the lifting of the stay on the proceedings; and it is

FURTHER ORDERED that defendant America's Global Foundation shall also have twenty (20) days from the lifting of the stay on the proceedings to file its response to the Complaint.

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE: August 14, 2006