IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED BANK, a Virginia corporation ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| ) | |
| v. ) | Civil Action No. 1:06-cv-00753-PLF |
| ) | |
| ) | |
| VICTOR M. PINZON, et al. ) | |
| ) | |
| Defendants ) | |
| ) | |

### NOTICE OF APPEARANCE

Please enter the appearance of Jacob A. Stein as counsel in this case for Defendant Victor M. Pinzon.

Respectfully submitted,

_____
Jacob A. Stein - # 052233
STEIN, MITCHELL & MEZINES, L.L.P.
1100 Connecticut Avenue
Suite 1100
Washington, D.C. 20033
(202) 737-7777

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing document was efiled and mailed by first-class mail, postage prepaid, this 12th day of September, 2006 to: Julian Karpoff, Attorney for the Plaintiff, Karpoff & Title, P.O. Box 990, Arlington, Virginia 22216.

_____
Jacob A. Stein - # 052233
**STEIN, MITCHELL & MEZINES, L.L.P.**
1100 Connecticut Avenue
Suite 1100
Washington, D.C. 20033
(202) 737-7777