IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED BANK, a Virginia corporation ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| ) | |
| v. ) | Civil Action No. 1:06-cv-00753-PLF |
| ) | |
| ) | |
| VICTOR M. PINZON, et al. ) | |
| ) | |
| Defendants ) | |
| ) | |

### Defendants' Request For Extension of Time
### To Answer or Otherwise Respond To The Complaint

Defendant Victor Pinzon, by Counsel Jacob A. Stein, moves this Court for entry of an Order extending the time for filing an Answer or Otherwise Responding to the Complaint up to and including October 16, 2006. Then reasons for this request are:

1. The Defendant's Response to the Complaint is due on October 2, 2006.

2. On August 15, 2006 the Court notified Stein, Mitchell & Mezines, LLP of its appointment to represent Victor M. Pinzon.

3. Jacob A. Stein filed his Notice of Appearance on September 12, 2006. Victor M. Pinzon was notified regarding this appointment via U.S. Mail on the same day.

4. Mr. Pinzon contacted Counsel on September 28, 2006 and stated that he was out of the country. A meeting on his return is set for October 4, 2006.

5. Counsel for the parties do not object to the granting of this motion.

**WHEREFORE,** Defendant Pinzon respectfully requests that the time within which to file the Defendant's Answer to the Complaint be extended up to and including October 16, 2006.

Respectfully submitted,

*/s/*

STEIN, MITCHELL & MEZINES L.L.P
1100 Connecticut Avenue, NW
Suite 1100
Washington, D.C. 20036
(202) 737-7777

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Request For Extension of Time To Answer or Otherwise Respond, was sent via first class postage prepaid today October 10, 2006 to Julian Karpoff, counsel for the Plaintiff at P.O. Box 990, Arlington, Virginia 22216.

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED BANK, a Virginia corporation ) <br> ) <br> Plaintiff ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> VICTOR M. PINZON, et al. ) <br> ) <br> Defendants ) <br> ) | Civil Action No. 1:06-cv-00753-PLF |

## ORDER

This matter is before the Court on Defendant Victor M. Pinzon's Request for an Extension of Time to Answer or Otherwise Respond up to and including October 16, 2006.

**ORDERED,** this ____ day of October 2006, that motion is Granted.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: October ____, 2006