UNITED STATES DISTRICT COURT
FOR THE DISTRICT OUF COLUMBIA

UNITED BANK, a Virginia corporation
2071 Chain Bridge Road
Vienna, Virginia 22182

      Plaintiff

Vs.

VICTOR M. PINZON
930 M Street, N. W. #609
Washington, D.C. 20001

and

AMERICA'S GLOBAL FOUNDATION INC.,
a Florida corporation
SERVE:  Victor M. Pinzon, officer
        930 M Street, N.W. #609
        Washington, DC 20001

      Defendants

Civil No. 1:06-cv-00753-PLF

## ANSWER TO THE COMPLAINT

      The Defendants state as follows in response to the numbered paragraphs of the complaint.

      1.      This is a statement of law and is subject to a ruling by the Court.

      2.      Admitted.

      3.      Admit that defendant America is a Florida Corporation.  Denied that America is not qualified.  Admit that Pinzon is President and director.  Admit that on November 2, 2005 Pinzon opened a checking account and admit there may have been terms and conditions but denies that he was so informed of them.  Admit Pinzon was sole signatory.

      4.      Denied that the check was deposited on November 15, 2005.  On information and belief, defendant assumes that an effort was made to collect on the check but the information that was given to him was that the check had

cleared and the funds were available. But for that advice he would not have drawn against it.

5. Defendant denies the allegations of paragraph 5. Defendant is without knowledge concerning whether the check was counterfeit. Defendant admits that he was approached concerning a transaction leading to the deposit of the check.

6. Defendant admits there was an account however he denies that any such funds are related to the check in question.

7. Admit that certain funds were drawn against the check in question.

8. Admitted or denied as set forth above.

9. Admitted and denied as set forth above.

10. This is an allegation of law.

11. Admitted or denied as set forth above.

12. This is an allegation of law and will be decided by the court.

## AFFIRMATIVE DEFENSES

1. The Plaintiff advised the defendants that the check in question had cleared and that the bank would, and did, credit the account. But for these assurances the Defendants would not have drawn against the account.

2. The Defendants sent by wire $70,785.09 of the deposited amount to a Japanese bank which was identified as the agent for the party allegedly entitled to the funds. These Defendants retained approximately six thousand dollars.

3. When it became clear that both the Plaintiff and Defendants were the victims of a criminal scheme the Defendants promptly notified the Federal Bureau of Investigation, the Secret Service and other governmental agencies of the persons involved in the criminal scheme.

4. It was the bank's own negligence that caused whatever loss the bank has suffered.

5.  The Defendants deny any obligation to the Plaintiff.

_____
Victor M. Pinzon
930 M Street, N.W. #609
Washington, D.C. 20001

_____
Jacob A. Stein, #052233
STEIN, MITCHELL and MEZINES
1100 Connecticut Ave., N.W. # 1100
Washington, D.C. 20036
(202) 737-7777
Counsel for Defendants

### JURY DEMAND

Defendants request a trial by jury.

_____
Jacob A. Stein, #052233
STEIN, MITCHELL and MEZINES
1100 Connecticut Ave., N.W. #1100
Washington, D.C. 20036
(202) 737-7777
Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 12 day of October, 2006, a copy of the foregoing Answer to the Complaint served Julian Karpoff, Esq., P.O. Box 990, Arlington, Virginia 22216, counsel for Defendants.

_____
Jacob A. Stein, #052233
STEIN, MITCHELL and MEZINES
1100 Connecticut Ave., N.W. # 1100
Washington, D.C. 20036
(202) 737-7777
Counsel for Defendants