UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED BANK, a Virginia corporation, | : | |
| Plaintiff | : | |
| Vs. | : | Civil No. 1:06CV00753<br>Judge Friedman |
| VICTOR M. PINZON | : | |
| and | : | |
| AMERICA'S GLOBAL FOUNDATION, INC.,<br>a Florida corporation, | : | |
| | : | |
| Defendants | | |

## JOINT REPORT PURSUANT TO LOCAL RULE 16.3

Counsel met and conferred on November 3, 2006 and discussed the issues set forth in Local Rule 16.3(c) and agreed as follows:

1. It is unlikely for this case to be disposed of by dispositive motion.

2. No other parties need be joined.

3. Counsel agreed to defer judgment on requesting referral to a Magistrate Judge for all purposes.

4. There is a possibility of settling this case.

5. ADR is unlikely to be beneficial for this case.

6. It is unlikely for this case to be disposed of by summary judgment or motion to dismiss.

7. Counsel for the Plaintiff is willing to dispense with initial disclosures.

8. Interrogatories, requests for admission, requests for production and depositions of the parties are anticipated. Ninety days should be sufficient for discovery.

9.  No Rule 26(a)(2) modifications are indicated.

10. N/a

11. No bifurcated trial is requested or appropriate

12. A pretrial conference could be scheduled for late February.

13. No firm date for the first scheduling conference is indicated.

        /s/Julian Karpoff
        Julian Karpoff
        Attorney for Plaintiff
        Karpoff & Title
        P.O. Box 990
        Arlington, Virginia  22216
        703-841-9600  Bar #156760

788:02