UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED BANK, a Virginia corporation,           :

    Plaintiff                                                      :

  Vs.                                                                  :      Civil No. 1:06CV00753
                                                                              Judge Friedman
VICTOR M. PINZON                                          :                                                   :

and                                                                      :

AMERICA'S GLOBAL FOUNDATION, INC.,
a Florida corporation,                                         :

    Defendants                                             :

## PLAINTIFF'S FIRST DISCOVERY TO DEFENDANTS

TO:  Victor M. Pinzon and America's Global Foundation, Inc.

### Requests for Production

You are requested to produce the following items for inspection and copying at the office of Plaintiff's Counsel, Karpoff & Title, 1840 Wilson Blvd. #205, Arlington, Virginia  22201, 30 days following service:

RFP1.  Written copies of all emails received by you, or either of you, from the Plaintiff incident to the matters alleged in the pleadings.

RFP2.  All documents pertaining to the matters alleged in the pleadings (not previously produced incident to initial disclosures).

RFP3.  All minutes of meetings of the Board of Directors of America's Global Foundation, Inc. since January 1, 2003.

RFP4.  All documents pertaining to the incorporation and, for the years 2003 to present, the annual reports of America's Global Foundation, Inc. to each state (to include

the District of Columbia) with which it has filed incorporation papers and/or annual reports.

## Interrogatories

Int1.  Specify all acts of negligence you allege were committed by the Plaintiff, per paragraph 4 of your Affirmative Defenses, and, for each, state the applicable standard of care and your basis for your answer as to each such standard(s) of care.

Int2.  State the last known addresses and telephone numbers for the following persons:  Anne B. Freedman; Louis Barcelo; Norman Wear; and Edward W. Reyes.

Int3.  Identify the current directors of America's Global Foundation, Inc. and state their last known addresses and telephone numbers.

/s/Julian Karpoff
Julian Karpoff
Attorney for Plaintiff
Karpoff & Title
P.O. Box 990
Arlington, Virginia  22216
703-841-9600  Bar #156760

798:07

## Certificate of Service

I hereby certify a copy of the foregoing was mailed and faxed to Jacob A. Stein, Esq., Stein, Mitchell and Mezines, 1100 Connecticut Av., N.W. #1100, Washington, D.C. 20036, fax no. 202-737-7777, this 19th day of December, 2006.

/s/ Julian Karpoff
Julian Karpoff