UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED BANK, a Virginia corporation, : | |
| Plaintiff : | |
| Vs. : | Civil No. 1:06CV00753 |
| | Judge Friedman |
| VICTOR M. PINZON : | |
| and : | |
| AMERICA'S GLOBAL FOUNDATION, INC., | |
| a Florida corporation, : | |
| Defendants : | |

**NOTICE OF DEPOSITIONS**

TO: Victor M. Pinzon and America's Global Foundation, Inc.

TAKE NOTICE that your depositions upon oral examination will be taken at the office of Plaintiff's Counsel, 1840 Wilson Blvd. #205, Arlington, Virginia and/or by telephone (with Plaintiff's Counsel and the reporter at said address) according to the following schedule:

| | |
|---|---|
| Victor M. Pinzon | February 6, 2007, 10:00 a.m. |
| America's Global Foundation, Inc. | February 6, 2007, 11:00 a.m. |
| Director Anne Freedman | same |
| Director Edward W. Reyes | same, 11:20 a.m |
| Director Norman Wear | same, 11:40 a.m. |
| Director Louis Barcelo | same, 12:00 noon |

These depositions shall be transcribed stenographically. Any out-of-town witness shall be deposed by telephone, by stipulation of the parties.

The scope of the examination as to America's Global Foundation, Inc. (the "Foundation") shall be: (1) the Foundation's directors involvement in and knowledge of

the affairs of the Foundation; (2) the Foundation's activities since October 1, 2002 through the present; (3) the Foundation's records generated in that period, to include governmental filings (including annual reports), minutes of the Foundation's Board of Directors meetings; (4) meetings of the Foundation's Board of Directors during that period; (5) the creation of the Foundation; (6) the Foundation's financial records: and (7) the Foundation's record keeping practices.

/s/Julian Karpoff  
Julian Karpoff  
Attorney for Plaintiff  
Karpoff & Title  
P.O. Box 990  
Arlington, Virginia  22216  
703-841-9600  Bar #156760

798:30

## Certificate of Service

I hereby certify a copy of the foregoing was mailed and faxed to Jacob A. Stein, Esq., Stein, Mitchell and Mezines, 1100 Connecticut Av., N.W. #1100, Washington, D.C. 20036, fax no. 202-204-4337, this 25th day of January, 2007.

/s/ Julian  Karpoff  
Julian Karpoff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED BANK, a Virginia corporation,    :

    Plaintiff    :

  Vs.    :    Civil No. 1:06CV00753
        Judge Friedman
VICTOR M. PINZON    :

and    :

AMERICA'S GLOBAL FOUNDATION, INC.,
a Florida corporation,    :

    Defendants    :

## **STIPULATION**

The parties stipulate that the depositions of out-of-town witnesses shall be taken by telephone.

/s/Julian Karpoff
Julian Karpoff                                Jacob A. Stein
Attorney for Plaintiff                      Attorney for Defendants
Karpoff & Title                              Stein, Mitchell and Mezines
P.O. Box 990                                 1100 Connecticut Ave., N.W. #1100
Arlington, Virginia  22216          Washington, D.C. 20036
703-841-9600  Bar #156760     202-737-7777  Bar #052233

798:30