UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED BANK, a Virginia Corporation : | : | |
| Plaintiff | : | |
| vs. | : | Civil No.06cv0753 (PLF) |
| | : | Magistrate not yet designated |
| VICTOR M. PINZON | : | |
| and | : | |
| AMERICA'S GLOBAL FOUNDATION, INC., a Florida corporation | : | |
| Defendants | : | |

### Defendants' Response to Plaintiff's Motion to Compel

Defendants, acting through undersigned counsel, respond to Plaintiff Bank's motion to compel discovery and for other relief as follows.

1. The paralegal assigned to work with undersigned counsel is no longer employed by counsel's law firm.

2. Defendant Pinzon was deposed by Plaintiff on February 6, 2007. After 4-1/2 hours, the deposition was suspended by plaintiff's counsel at about 4 p.m. that day, subject to reopening, with the consent of defense counsel.

3. At the deposition, undersigned counsel informed counsel for Plaintiff Bank that responses to Plaintiff's interrogatories would be forthcoming in 10 days.

4. At the deposition, Defendant Pinzon informally produced to counsel for the plaintiff documents that were identified in the deposition as Exhibit 6. After the deposition was suspended, Plaintiff's counsel advised defense counsel

2

that he would prepare and provide a list of documents. That list was received by e-mail on February, 12, 2007. Defense counsel does not have the documents on the list but will endeavor to obtain them within 10 days from receipt of the list, that is, on or about February 22, 2007.

5. Defendants will seek to obtain current telephone numbers of the four individuals (other than Victor Pinzon) identified as directors in the Notice of Depositions attached as an exhibit to Plaintiff's motion. Presumably, these persons can be contacted by telephone for their depositions in conjunction with the re-opening of Victor Pinzon's deposition. It will be the responsibility of Plaintiff's counsel to make the arrangements for the taking of the depositions but undersigned counsel will assist in terms of the scheduling of these depositions.

.                                         Respectfully submitted,

/s/ Jacob A. Stein
Jacob A. Stein, #052233
George A. Fisher # 109348
STEIN, MITCHELL and MEZINES
1100 Connecticut Ave., N.W. # 1100
Washington, D.C. 20036
(202) 737-7777
Counsel for Defendants