UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED BANK, a Virginia corporation, | : |
| Plaintiff | : |
| Vs. | : Civil No. 1:06CV00753 |
| | Judge Friedman |
| VICTOR M. PINZON | : Magistrate-Judge Robinson |
| and | : |
| AMERICA'S GLOBAL FOUNDATION, INC., a Florida corporation, | : |
| Defendants | : |

**PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND FOR RELATED RELIEF**

1. The Defendants' Response conspicuously omits to address the Plaintiff's Motion's assertion and supporting authority as to the Defendant Foundation's obligation to produce its directors for deposition.

2. Likewise, the Defendants' Response does not address the Plaintiff's outstanding December 19, 2006 Requests for Production. The deposition Exhibit 6 material, referenced at paragraph 4 of the Defendants' Response, is non-responsive to the outstanding discovery and had previously been produced as initial disclosures. (It was again produced at the February 6 deposition only because Plaintiff's Counsel had not brought his entire file to the deposition at Defendants' Counsel's office; it was not tendered on February 6 as new discovery material.)

3. Accordingly, while it appears that the Defendants are agreeable to answer the Plaintiff's outstanding interrogatories, to telephone depositions for out-of-town witnesses,

and to an extension of the discovery period, the Plaintiff is entitled to relief as to the remaining items noted above.

/s/Julian Karpoff_____
Julian Karpoff
Attorney for Plaintiff
Karpoff & Title
P.O. Box 990
Arlington, Virginia  22216
703-841-9600  Bar #156760
Captainkarpoff@rcn.com

810:10