UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
UNITED BANK,                            )
                                        )
                Plaintiff,              )
                                        )
        v.                              )        Civil Action No. 06-0753   (PLF)
                                        )
VICTOR M. PINZON, et al.,               )
                                        )
                Defendants.             )
_____     )

ORDER OF REFERRAL

This matter came before the Court for a status conference on March 13, 2007.  At that time, the parties indicated that the case would benefit from settlement discussions with a magistrate judge.  Accordingly, it is hereby

ORDERED that this matter is referred to Magistrate Judge Facciola for settlement discussions, beginning March 13, 2007; discussions shall conclude on or before May 30, 2007. The parties will contact Magistrate Judge Facciola's chambers to schedule a settlement conference.  The parties shall file a joint status report with the Court on or before June 1, 2007, informing the Court about the result of the settlement discussions.

SO ORDERED.


_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: March 13, 2007