UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED BANK, a Virginia corporation, | : |
| Plaintiff | : |
| Vs. | : Civil No. 1:06CV00753 |
| | Judge Friedman |
| VICTOR M. PINZON | : |
| and | : |
| AMERICA'S GLOBAL FOUNDATION, INC., a Florida corporation, | : |
| Defendants | : |

## PRAECIPE OF DISMISSAL WITH PREJUDICE

The Clerk will note that this action is dismissed with prejudice as to all claims, each party to bear own costs.

/s/Julian Karpoff
Julian Karpoff
Attorney for Plaintiff
Karpoff & Title
P.O. Box 990
Arlington, Virginia 22216
703-841-9600  Bar #156760
Captainkarpoff@rcn.com


/s/George A. Fisher
George A. Fisher
Attorney for Defendants
Stein, Mitchell & Mezines
1100 Connecticut Av., N.W., Suite 1100
Washington, D.C. 20036
202-737-7777

GFisher@steinmitchell.com

836:08